UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREA JEPSEN,                                                                    Civil No. 13-660 MJD/AJB

    Petitioner,

v.                                                                                                    O R D E R

DANNEZ HUNTER,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 4, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Respondent's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Respondent's "Emergency Motion for Removal," (Docket No. 1), is **VACATED**;

3. Petitioner's motion for remand, (Docket No. 3), is **GRANTED**; and

4. This matter is immediately **REMANDED** to the State District Court for Ramsey County, Minnesota.

DATED: May 7, 2013.

                                                  s/Michael J. Davis
                                                  Chief Judge Michael J. Davis
                                                  U. S. District Court